Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

Southern ~~Northern~~ for the District of _Iowa_

Civil Division

**RECEIVED**

JAN 23 2023

**CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA**

Case No. _____

_(to be filled in by the Clerk's Office)_

Antonio José Cooks
_____
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Iowa Department Of Correction et Al
_____
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Antonio José Cooks_

All other names by which
you have been known: _6462080_

ID Number _Clarinda Correctional facility_

Current Institution _2000 North 16 Street_

Address _Clarinda Iowa_

_Clarinda_ _IA_ _51632_
City State Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Stephen Steve Weis_

Job or Title *(if known)* _Warden_

Shield Number

Employer _Clarinda Correctional facility_

Address _2000 North 16 Street_

_Clarinda_ _Iowa_ _51632_
City State Zip Code

[✓] Individual capacity [✓] Official capacity

Defendant No. 2

Name _Lance Kernen_

Job or Title *(if known)* _Captain_

Shield Number

Employer _Clarind Correctional facility_

Address _2000 North 16 Street_

_Clarinda_ _Iowa_ _51632_
City State Zip Code

[✓] Individual capacity [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — Richard Miers ~~John Doe~~

Job or Title *(if known)* — Sergeant

Shield Number

Employer — Clarinda Correctional facility

Address — 2000 North 16 Street

Clarinda          City          Iowa          State          51632          Zip Code

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name — Jeffrey Wixom

Job or Title *(if known)* — ~~Sergeant~~ Captain

Shield Number

Employer — Clarinda

Address — 2000 North 16 Street

Clarinda          City          Iowa          State          51632          Zip Code

☑ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ADA 42 USC §§ 12112 (b)(5)(A); Iowa Code Section 663A.6
Federal Rule Civil Proc 15 C2)C2),

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Clarinda Correctional Institution 05-14-2022 see facts

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

05-24-2022 - 06 - 0 9 - 2022

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Its documented in

Plaintiff Claim everyone involve, wrongly targeting placing in severe conditions, writing false reports, false mental health observations. Its all on video surveillance on days recorded in infractions.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. *Inmate was prescribed proszac and benadryl to restore normal behavior, inmate needed mental health treatment.*

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Inmate was diagnosed after meltdown, the psychological ploys administered that lead to paranoia and continued housing in segregation confinement with more violations that came after mental deterioration. $50 per day, x150 plus $5000 per defendant. plus 252 hours of paralegal work at $80 per hour. So totalling $62,660*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Clarinda Correctional facility, Warden Weis stated on Kiosk that grievances cannot be filed to report the Conspiracy planned reports evident by dismissal.*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *Grievance cannot be used to challenge official behavior for their conduct.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance? *To the Warden see Kiosk responses*

2.  What did you claim in your grievance?

*That officials falsified reports that the events alleged did not occur. Nothing was done*

3.  What was the result, if any?

*Nothing was done about the false Reports dismissed,*

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*The Warden is the highest step after that I had a meltdown and end in segregation confinement.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*5-19-2022 — 5-17-2022 I complained that officials falsified reports that I never violated the rules and procedures.*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *We use a Kiosk that allows us to respond with Security in the Kiosk evidence shall be provided to prove exhaustion along with Exhibits "A" — " S " Attached*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Supreme Court of the United States Office of the Clerk Washington DC 20543-0001 April 16 2021*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    *Antonio Jose' Cooks*

Defendant(s)    *Naylor et. AL*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*Supreme Court of the United State*

3.    Docket or index number

*4:19-CV-00151- JAS - SBJ*

4.    Name of Judge assigned to your case

*Susan S, Harris (Clerk) 202 (479) -3039*

5.    Approximate date of filing lawsuit

*May 19, 2019*

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    *April 16, 2021*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Denied*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Antonio Jose' Cooks

Defendant(s)    Naylor et al

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Northern District Court of Iowa

3.    Docket or index number

~~AHA~~ 4:19-CV-00340-JAJ-SBJ

4.    Name of Judge assigned to your case

~~Unknown~~ John A, Jarvis

5.    Approximate date of filing lawsuit

~~January~~ June 2020

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    November 2020

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*    Yes It was dismissed, I ~~did not~~ did Appeal.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    05-29-2022

Signature of Plaintiff    *Antonio J Cooks*
Printed Name of Plaintiff    ANTONIO JOSE' COOKS
Prison Identification #    6462080
Prison Address    2000 North 16 Street
Clarinda                Iowa    51632
                City                State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                City                State    Zip Code
Telephone Number    _____
E-mail Address    _____

The Defendant(s) No. 5 Melissa Clarke

Job or Title: Administrative Law Judge

Employer: Iowa Department of Corrections

Address: Clarinda Correctional facility
2000 North 16 street
Clarinda, Iowa. 51632

☑ Individual Capacity ☑ Official Capacity

The Defendant(s) No. 6 Courtney Lank Kernen

Job or title: Medical Aide

Employer: Iowa Department of Corrections

Address: Clarinda Correctional facility
2000 North 16 Street
Clarinda Iowa 51632

☑ Individual Capacity ☑ Official Capacity

The Defendant(s) No. 7 Corey Nelson

Job or title: Correctional Officer

Employer: ~~Iowa Department of Corrections~~ ~~Clarinda Correctional facility~~

Address: Clarinda Correctional facility
2000 North 16 street
Clarinda, Iowa 51632

☑ Individual Capacity ☑ Official Capacity

The Defendant(s) No. 8 Corrinna Ibix

Job or Title: Correctional Officer

Employer: ~~Clarinda Correctional fac~~ Iowa Department of correction

Address: Clarinda Correctional facility
2000 North 16 Street
Clarinda, Iowa 51632

☑ Individual Capacity ☑ Official Capacity


The Defendant(s) No. 9 Steve Slough

Job or Title: Unit Manager North

Employer: Iowa Department of Corrections

Address: Clarinda Correctional facility
2000 North 16 Street
Clarinda, Iowa 51632

☑ Individual Capacity ☑ official Capacity


The Defendant(s) No. 10 Chad Nellis

Job or title: Case Manager

Employer: Iowa Department of Corrections

Address: Clarinda Correctional facility
2000 North 16 Street
Clarinda Iowa 51632

☑ Individual Capacity ☑ Official Capacity

# Declaration of Jurisdiction

Comes Now The Plaintiff, Antonio Jose Cooks Federal Rules of Civil Procedure 28 USC §§ 1915 (b)(4) and Federal Rules of Civil Procedure (hereinafter as Fed. R. Civ. Proc followed by statute Number) 56 cc); Plaintiff Antonio Cooks sets out facts on his claim.

## Parties and Jurisdiction

1. Antonio Cooks plaintiff is a United States Citzen and was incarcerated at Clarinda Correctional facility, Iowa at all times relevant to the events complained herein.

2. Defendant Stephen Weis (hereinafter Defendant Weis or Warden Weis) is believed to be a citzen and resident of Iowa and was employed as Warden of Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein Defendant Weis is sued in his Individual and official Capacity

1.

3. Lance Kernen (hereinafter Defendant Kernen or Captain Kernen) is believed to be a citizen and resident of Iowa and was employed by Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein. Defendant Kernen is sued in his individual and official Capacity.

4. Defendant Richard Miers (hereinafter Defendant Miers or Sergeant Miers) is believed to be a citizen and resident of Iowa and Employed by the Clarinda Correctional facility, Prison, at all times relevant to the events Complained of herein. Defendant Miers is sued in his individual and official Capacity.

5. Defendant Jeffrey Wixom (hereinafter as Defendant Wixom or Captain Wixom) is believed to be a citizen or resident of Iowa and was employed by Clarinda Correctional facility, Prison, at all times relevant to the events

2.

Complained of herein, Defendant Wixom is sued in his individual and official Capacity.

6. Defendant Melissa Clarke (hereinafter Defendant Clarke or Administration Law Judge hereinafter as ALJ Clarke) is believed to be a citizen and resident of Zowa and employed by the Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein. Defendant Clarke is sued in her individual and official Capacity.

7. Defendant Courtney Lank Kernen (hereinafter Defendant Courtney or medical Aide Courtney is believed to be a citizen and resident of Zowa and Employed by the Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein. Defendant Courtney is sued in his individual and official Capacity.

3.

8. Defendant Corey Nelson (hereinafter Defendant Nelson or officer Nelson) is believed to be a citizen and resident of Iowa and employed by Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein. Defendant Nelson is sued in his individual and official Capacity.

9. Defendant Corrinna Ibix (hereinafter Defendant Ibix or officer Ibix) is believed to be a citizen and resident of Iowa and employed by the Clarinda Correctional facility, Prison, at all times relevant to the events Complained of herein Defendant Ibix is sued in his or her individual and official Capacity.

10. Defendant Jeffrey Butler (hereinafter as Defendant Butler or psychologist Butler) is believed to be a citizen or resident of Iowa and employed by the Clarinda Correctional facility, prison, at

4.

all times relevant to the events complained of herein Defendant Butler is sued in his individual and official capacity.

11. Defendant Steve Slough (hereinafter Defendant Slough or Officer Slough) is believed to be a citizen and resident of Iowa and employed by the Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein, sued in individual and official capacity.

12. Defendant Chad Nellis, (hereinafter as Defendant Nellis or Case Manager Nellis), is believed to be a citizen and resident of Iowa and employed by the Clarinda Correctional facility, Prison, at all times relevant to the events complained of herein. Defendant Nellis is sued in his individual and official capacity,

5,

Jurisdictional Statement Invoked

28 USC §§ 1331 and 1343 All events and

actions referenced in this complaint

Occurred in the Southern District of Iowa.

Therefore, venue is proper under 28

USC §§ 1391 (b),

## Memorandum of Law

On May 14, 2022 I was written an minor report by Corey Nelson because Nurse Courtney Lank at the time now Nurse Courtney Lank Kemen felt that I was laughing and pointing at her. So I immediately became irratated about the minor and appealled challenging the report to Sergeant James George. It was dismissed on 5-16-2022 see Exhibit "A" by Sergeant George; "because officer did not observe the incident."

However, being Biopolar Maniac Depression Compulsive Disorder. I Stopped taking psyche meds to avoid further interactions with any medical staffs.

On 5-17-2022 I was standing in a door way of North 2 where I had inmate Patrick Webb help me make a

1 of 26

potion "Liquid Steriod" called <u>Yack</u>. Its mostly a caffeine high you mix to avoid going to sleep.

Being paranoid already the anxiety of Knowing staffs out to get me and drinking Yacks keeps you alert, you may not be able to think or read, but you are forever watchful of all people around you. I have a long history of mental Health crisis see Exhibit "B" dated back to 2003 to present.

SO on 05-17-2022 Corrinna Ibix wrote me another minor report for out of place and bartering. I also challenged this minor report to same person Sergeant George, because I allowed Inmate Webb to make me a drink to keep up with my supplies I watched them make it up. I later finds out the minor report was dismissed on 5-21-2022, but I was already placed

2 of 26

On mental health observation on East 1 cell 9
See Exhibit "C".

While on Mental Health observation
(hereinafter as MHO) I was written a
Threatening to kill myself and cell mates on
05-17-2022 at 1Am. which is inaccurate date,
And we know this because Exhibit "C" occurred
On 5-17-2022 at 6:40 minor report by officer
Ibix. So we know I was not on the East side
at 1:00 Am that morning. See Exhibit "D" by
Captain Lance Kemen.

The threatening to harm myself was
dismissed, Disciplinary Report # 20221003951
based on Psychologist Jeffrey Butler
"The patients' special needs or mental
health status Does preclude him from
being held —

3 of 26

responsible for conduct as reported in the attached disciplinary report. Therefore, this report is being dismissed" by Administration Law Judge (hereinafter as ALJ followed by proper name) ALJ Julie L Medina found "I was not capable of carrying out conduct on 5-18-2022 at 1:00 am.

Three hours and 25 minutes later I was still not sedated on any medications to restore competency, yet I was written Disciplinary Report Log # 2022100826 Sexual Misconduct and Sexual violence violation IowA Department of Corrections Rules and Policy Violation # 15, 27 and 43. I was sentenced to 7 days in Segregation Confinement and 10 days loss of good time Credits, for violation

Rules 15 and 13, see Exhibit "E".

During Instigation Sergeant Miers received an 3 page written letter challenging the lewd lascivious report see Exhibit "F". He never signed and dated the letters so it violated my Due Process. An Compliant was filed against him and it never got filed. The ALJ Melissa Clarke Evidence Relied upon: "Disciplinary Noted date on 5-18-2022 written by CO Spinks, videos, written statements by I/I Cooks could not be reviewed, a statement by a mental health professional stating the incarcerated individual is capable of understanding the proceedings and can be held responsible for his actions, and a statement by I/I Cooks at hearing".

The Registered Nurse Amber McKinnon was the Nurse who made the MHO status finding she agreed that "I was incapable of thinking and reading for myself and became a security safety concern".

5 of 26

The ALJ states: Doctor J. Butler said
it was okay to punish Inmate Cooks, but
we have conflicting evidence, whereas,
This same psychologist only hours before
in another instance said, "I was incapable
of being responsible for my actions." ① Exh "I".

The ALJ Melissa Clarke changed
Doctor Butler mental evaluation or
Doctor Butler made erroneously evaluation.
The record will show that being off
medications to allow stability and
being up 5 days with only minimal
sleep and using Caffeine to keep energy
and focus. We know that this recipe
by psychiatric Guidelines ADHD
Creates bizarre behavior of irratic
mental deficiencies, See Exhibit "G"

see footnote ① Exhibit "I" Psychologist Butler findings to ALJ
Melissa Clarke.

We Know That Inmate Cooks Medical
records will support that he has meltdowns
and being harassed causing him to refuse
psych medications for 5 days with little
sleep automatic is protected under ADA.
See Hall V Thomas, 190 F3d 693 C 5th
Cir 1999) (The Americans with Disabilities
Act applies to prisoners).

   Inmate Cooks told Registered Nurse
mrs, McKinnon that he haven't eaten nothing
but 1 soup in 24 hours. Once in mHo
he refused to eat anything all day on
5-18-2022 to 5-19-2022. All he did was
think of being physically attacked by
Staff, Fraser V Goodale, 342 F3d 1032
(9th cir 2003) (Broadly Speaking, eating is
a major life activity for purposes

2 of 26

of establishing a disability under the ADA.)

Mental Distress that result in sleeplessness caused by harassment created by psychological pain constitute a violation of the Eighth Amendments Prohibition, so the punishment deriving from Staff behavior is considered cruel and unusual by Perkins V Kansas Department of Corrections, 165 F3d 803 (16th cir 1999).

MR Cooks don't remember nothing of the morning of 5-18-2022, threatening to kill himself or others nor masterbation and therefore we must use physical observation by Rn Amber Mckinnon and Doctor Keller and Psychologist Butler to show what kind of mental state MR. Cooks was in at time of placement in mHo cell.

Since thinking is considered a major life
activity and we can see that Doctors
who evaluated Mr Cooks deemed him in
need of proscribe medications to restore
mental capabilities, when he relapsed into
a paranoid schizoprenia condition, see
Taylor V Phoenixville, School District, 184
F3d 296 (5th cir 1999) [ Thinking is a
"Major life activity" under the ADA).
See also Head V Glacier Northwest Inc,
413 F3d 1053 (9th cir 2005). Jenkins
V Cleco Power, 487 F3d 309 (5th cir 2007)
"Major life Activity", is defined by ADA,
refers to those activities that are of
central importance to most people's every
day lives".

    Deputy Warden Aaron Sharr can obtain
all records concerning inmates Conditions

And we can see by his findings he's not conscience of what he's dealing with but only think punishment will core the defect. <u>He want me to be more pro-social</u>, How can anyone who has literally shutdown want a person to think clearly, as Captain Lance Hemen paints the picture," I was on the breek of harming others and than myself."

This shows you he never added into the equation that "I was not able to think, sleep and was using a lot of Caffeine to keep me active around others". I wasn't able to strategize, I was numb inside all I can think of was I going to be attack next. In the

` Month of May I received 7 infractions

May 1st 2002, May 5th 2002, 5-15-2022

All OPA Generics. Two minors reports, 5-14-22,

5-17-22, Two major reports 5-17-2022 and

5-18-22. Coming up for work release seeing

your chance to get out was taken by

Conspiratorially actions of planned Disciplinary

Reports and Generics and now your Doctor,

Psychologist "Says your incompetent to have

Committed an act." Leading up to being

proscribed medications of Risperdal and Benadryl

to restore ability to function. Protected by

20 CFR § 404, 1527 (d) (2) (Treating Physicians

evaluation); United State V Ghane, 392 F3d

317 (8th cir 2004) (No involuntary medication

when only small chance of restored

Competence).

<u>11 of 26</u>

Being that this Disciplinary Report Log #
20221003826 would take my parole to
work release and restrict me to stay here
and keep enduring staff misconduct. I request
an Injunction to be sent to a minimal custody
prison and given residential housing available
to me.

I reported to Nurse McKinnon, Amber
who placed me in mHo status that I had
only 1 soup and haven't slept in 5 days.
McAlindin V County of San Diego, 192 F2d
1226 (9th cir 1999) (Sleeping, interacting with
others, and engaging in sexual relations, like
procreation are all major life activities" for
purposes of the ADA).

Thompson V OPeiu, 74 F3d 1492 (6th cir
1996) (Damage for Emotional distress may
be appropriate where plaintiff suffers,
sleeplessness, anxiety, marital problems and

12 of 26

humiliation).

Hearing that Psychologist Jeffrey Butler inadvertently statement that I was incapable of being punished an error, is pure deliberate indifference and fraudulent. However, whatever reason behind the 2 major reports being dismissed and 2 minor reports being also dismissed proves my position that I was being slanderized and libeled against is proven harassment. Prewitt V Wilson, 128 Iowa 298, 103 NW 365, 367 (Iowa 1905) ("A statement is libelous per quod if it is necessary to refer to facts or circumstances beyond the words actually used to establish defamation." Id citing 50 Am. Jur, 2d libel and Slander §146 (1995) At this time Petitioner Cooks adds Jeffrey Butler as defendant / witness. All Defendant(s) Weis, Sharr, And Larson states "Butler was

the cause of the dismissal making him
liable as the cause and effect Therefore,
Jeffrey Butler Psychologist, Resigned, no
longer Employed by Iowa Department of
Corrections here at Clarinda Correctional
facility, he however still lives in Iowa and
falls under jurisdiction in his individual and
official capacity.

MR Cooks has been diagnosed by
many Doctors as Biopolar Maniac Depression
See Exhibit "B". E.E.O.C. V Gallagher Co,
181 F3d 645 (8th cir 1999) (one does not have
to have "some obvious handicap" in order to
be regarded as disabled for ADA purposes).

MR Cooks has been stripped of all level
3 priviledges for 150 days forced in a level 1
Status with limited access to Telephone, Recreation
only 2 hours a day from 8:15 to 10:30 am, 25
dollars canteen order, no access to food window all creates a

<u>14</u> of <u>26</u>

Substantial interest added with new additional treatment not in my initial LSI-R assessment in order to leave this facility. I have to take 2 programs ACTV and Intervention which wasn't in my Goal Planning. I don't have a drug addiction. This was added by Defendants Slough, Weis, Larson and Chad Nellis. A Psychological Ploy used as. retailation for filing grievances and winning my PCR. E.E.O.C V Convergy's Customer Management Group, Inc. 491 F3d 790 (8th cir 2007) (A plaintiff may seek compensatory damage under ADA for emotional distress).

I was never restored my job Exhibit "S" or School Compensation of Lost wages totalling 204.64. Attorney fees, I am entitled to 252 hours of paralegal work at $80 per hour. per 1997 e (d) c3). Hill V Campbell, 2004 US Dist LEXIS 22461. The PLRA defines institutions to include jail, prison or other correctional facility under 1997 e.

15 of 26

Exhibit "S"   SCO Ehlers  "You are on the waiting list"

Exhibit "I" makes the entire Disciplinary
Report "Nullity" and therefore, no evidence can be
used to override Psychologist Evaluation of the
prisoner. at the time of incident alleged.

Due Process requires that the record contain
"Some Evidence" to support a disciplinary
decision. Superintendent V. Hill, 472 US 445, 105
S.Ct 2768 86 LEd2d 356 (1985) Id at 472
US 455-56, A Claim based on the filing of
false Disciphnary charges, standing alone, does not
state a Claim by Constitutional deprivation.
Sprouse V Babcock, 870 F2d 450, 452 (8th cir 1989),
      Toombs V Hicks, 773 F2d 995, 997 (8th cir 1985)
(An Allegation that a Disciplinary Appeal was
improperly reviewed does not rise to level
of a Constitutional Violation, unless the failure
to take action amounted to "Indifference to or
tacit authorization of a violation process, Fruit
V Morris, 905 F2d 1147, 1151 (8th cir 1990).

For 2 months I was constantly talked trash to by Clarinda Correctional facility Staff. I asked Steve Weis, "Why aren't there any penalties for falsify reports" See Exhibit "J". He had no clue what I was talking about. This told me 2 things either "he oblivious to the obvious" or "he the person supervising the officials and won't stop them, because it would make him look like a coward," to put a stop to it.

So I requested to speak to the Inspector General / Investigator on 7-20-2022 Exhibit "K" I was never called in by investigator Jesse Hitt my arguement was not considered as true.

If you go back to 5-14-2022 written by Corey Nelson minor report Nurse Lank Kemen told him to write me a report for OPS in medical. I never entered medical which Exhibit "L" Clearly states you must go inside

17 of 26

Health Services without a pass or appointment.

I later finds that out Hunter Lank was the
person who broke my pitcher after the incident
with Officer Pirtle on 9-27-2021, Courtney Lank
is related to Hunter Lank and marriade to one
of the Kemen's, I believet he is her husband.
The same very Captain who authorized all
these reports written on 5-17-2022 and 5-18-2022,
We can no show an Correlation of friends and
family association and the Conspiracy to
write Disciplinary reports involvement.

   After I appealled all these minors
and majors, I was told by Deauty Warden
Aaron Sharr I must have prosocial behavior
Comments In Disciplinary Report Log 2022003826.
This is a slap in the face, where the second
in Command turn a blind eye to 7 infractions
as accidents.

The Further Review of Major Disciplinary
Decision by Warden was prompted by
calls to the Ombudsman unit who already
had an investigation against Clarinda
Correctional facility for Rubber Stamping
Disciplinary Reports signed off by ALJ Melissa
Clarke and Deputy Warden Aaron Sharr.

The Warden Dismissed Disciplinary Report
Log # 2022/003826 after I was force to
appeal to higher Court Fourth Judicial Circuit
Judge Michael D. Hopper Post Conviction
Relief Disciplinary Proceeding.

Before the Judge could act Warden
Stephen Weis Dismissed the Disciplinary
Report saying "It was inadvertently done
blaming psychologist Jeffrey Butler as
Making —

erroneous diagnoses, yet he still works here
now they have forced him to Quit on 12-23 -2022,
And how long has this been going on
before I caught them targeting mental
Ill inmates and falsifying reports, and
when a person of my mental capability
records this egregious or incorrible acts
of being harassed, denied proper assessment,
no way to run, but MHO or SSIP to stop
the abuse or mistreatment and when a
able to carry out the behavior allege "he
is quoted as a trader and his diagnosed
is considered a mistreatment of the
events occurred to avoid being caught in
the act of targeting an ADA prisoner
unable to discern reality for himself.
Records shows when I refused to take

20 of 26

Medication to avoid more harassment, no eating to avoid being poisoned, change of meals to avoid eating uncooked foods. The Warden Dismissal shows I am not hallucinating and all the events are true. See Exhibit "m"(c1) and "m"(c2).

After presenting this to the Warden I was replaced on level 3 back on Northside. However, I was told by Thad Nellis, "he wouldn't let me go to work release because I am not mental fit and needs to take Achieve Change Through Values Known as (ACTV) and Intervention Treatment Program.

None this was on my LSI-R initial assessment at Immc Oakdale or at Anamosa Penitentiary. See Counselor Paul Conter reports the only thing I had

to do is Work Release. Now I was eligible
only after treatments and 18 months to my
discharge date or after my mandatory is
up which is come first.

I was threatened by Deputy Warden
Aaron Shaw that "If Staff wanted to
strip you from Level 3 to Level 1 they
dont need a reason See Exhibit "N"
Kiosk message reported on 10-11-2022.
The IOP States "you must be afforded
reasons before Sanctions is employed". II
Policy Iowa Code 904.505 IDOC
Disciplinary procedures and rules and appropriate
actions for violations of those rules
C. (1-6)
D.3 States that: Ensure fair and
Consistent, and where appropriate, progressive
disciplinary pratices, which are designed

22 of 26

to address incarcerated individual
behavior at the lowest level possible;

4. Ensure proper documentation of all
rule violations when sanctions are
imposed.

Wolff V McDonnell, 418 US 539, 41 L Ed 2d
935 (1974) (A notice of charges must
be given and a hearing held before passing
down sanctions reducing levels.).

I sent the Classification Committee
an written Deposition challenging why they
refuse to restore me original Level 3 housing.
MR Slough wanted to Continue a observation
of me, so I had to be put under watch
party to see why I continued to go to MHO or
SSIP and added new programs before I
Can leave Clarinda facility is pure harassment
see Exhibit "O", I was not given my job
back, restored lost of 10 days ET but denied
transfer.[2]

<u>23 of 26</u>

Footnote [2] Patsy V Florida Bd of Regents, 457 US 496, 500-07
73 L Ed 2d 172, 102 SCt 2557 (1982)

I respectfully submit that the record shows that this facility is running an inside family and friends business. No correction is employed when they falsify reports. Inmates seems to be Illusional due to the class we are given as mental illness patients housed at Clarinda, That pursuant to Iowa Code 904.205 we are mental insane inmates under ADA protections and cannot be mistreated.

The Director of Treatment Awt Carson states "There's no evidence of targeting." The record proves otherwise. Exhibit "P." I request Documentation of last year of all inmates placed in MHO or SSIP who received Disciplinary Reports for whatever reason(s).

If The Psychologist Jeffrey Butler are making false reports against us than Why aren't he being held responsible?

<u>24</u> of <u>26</u>

I also want an log of all the days I refused to eat meals, May 14th 2022 - May 18, 2022 I refused to eat "See Exhibit"Q" All the way up to ~~1-1~~ 1-5-2023.

We Know there's a racist propaganda here in IowA all the way up the Judicial System.③ We are Sentenced harsher than any other race and treatment continue to carry on into this small rural towns like Clarinda that has ~~2.5~~ percent of blacks and their biggest employer is Clarinda Correctional facility.

Four Disciplinary Reports was dismissed because I'm legalese smart I been praticing 18 years and Knows more laws, policies and Statutes than most 20 year Lawyers. According to Eighth Amendment I am entitled to compensation for targeting Since all four Disciplinary reports was dismissed. See Exhibit"R" Heck V Humphrey 512 US 477 129 LEd2d 383 114 S.Ct 2364, (1994) (Exhibit"R").

Footnote③ Exhibit "J" (The Racial Incarceration divide)

Caldwell V Miller, 1709 F2d 589, 609-10 (7th cir 1986) ("[A]n Agency must conform its action to the procedures that it has adopted... [because inmates have] the right to expect prison officials to follow [agency] policies and regulations.")

Ester V Principi, 250 F3d 1068 (7th cir 2001) (Administrator must supply a reasoned basis for their actions)

Brown V Nix, 33 F.3d 951 (8th cir 1994) (prisoners are not stripped of Constitutional protections at the prison gates, retaining all these rights an ordinary citizen enjoys, except those taken expressly by Law or by necessary implication not in constant with penal objects. Bell V Wolfish, 441 US 520, 99 S.ct 1800, 60 LEd2d 447 (1979).

(Protections of equal rights of Laws extends to the incarcerated) Lee V Washington, 390 US 333 88 S.ct 994, 19 LEd2d 1212 (1968).

So the only thing needed in this case since the defendant's participation was found dismissed is retribution for the 4 sanctions lost in appeal.

26 of 26

Footnote ④ See Scott V Churchill, 377 F3d 569 (6th cir 2004) (Dismissal of Disciplinary Reports is a claim for sue)

Clarinda Correctional Facility
2000 North 16 Street
Clarinda, Iowa 51632

X-RAYED & CLEARED BY U.S.P.S.

TO: Southern District of Iowa
US Courthouse
123 E Walnut Street
PO Box 9344
Des Moines, Iowa 50306-9344

NOTICE! This correspondence was mailed
from an institution operated by the
Iowa Department of Corrections
The contents are uncensored.